| | |
|---|---|
| Debtor 1 | Sergio Rodriguez & Sandra S Rodriguez |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number | 1850423 |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 4

**Date of payment change:**
Must be at least 21 days after date of this notice

03/01/2019

**New total payment:**
Principal, interest, and escrow, if any

$2102.01

**Last 4 digits** of any number you use to identify the debtor's account:   9  8  4  3

---

### Part 1:    Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    Current escrow payment: $ 298.60          New escrow payment: $ 305.73

---

### Part 2:    Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    Current interest rate: _____%          New interest rate: _____%

    Current principal and interest payment: $ _____          New principal and interest payment: $ _____

---

### Part 3:    Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*
    Reason for change:

    Current mortgage payment: $ _____          New mortgage payment: $ _____

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/Tavon Taylor

Signature

Date   01/16/2019

Print: TAYLOR,TAVON

First Name    Middle Name    Last Name

VP Loan Documentation

Title

Company   Wells Fargo Bank, N.A.

Address   MAC N9286-01Y

Number    Street

1000 Blue Gentian Road

Address 2

Eagan    MN    55121-7700

City    State    ZIP Code

Contact phone   800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

Email

# UNITED STATES BANKRUPTCY COURT

Northern District of California

Chapter   13   No. 1850423
Judge:  M. Elaine Hammond

In re:

Sergio Rodriguez & Sandra S Rodriguez

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before January 17, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:                           By U.S. Postal Service First Class Mail Postage Prepaid

Sergio Rodriguez & Sandra S Rodriguez
3036 Monkton Court

San Jose CA 95148

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:                By U.S. Postal Service First Class Mail Postage Prepaid

David A. Boone
Law Offices of David A. Boone
1611 The Alameda

San Jose CA 95126

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:                          By U.S. Postal Service First Class Mail Postage Prepaid

Devin Derham-Burk
Chapter 13 Trustee
P.O. Box 50013

San Jose CA 95150-0013

/s/Tavon Taylor

VP Loan Documentation
Wells Fargo Bank, N.A.



**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Statement Date:** January 7, 2019
**Loan number:** ▮▮▮▮▮▮▮
**Property address:**
   3036  MONKTON CT
   SAN JOSE CA 95148-3413

SERGIO RODRIGUEZ
SANDRA S RODRIGUEZ
3036 MONKTON CT
SAN JOSE CA 95148-3413

## Customer Service

 **Online**
wellsfargo.com

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **To learn more, go to:**
wellsfargo.com/escrow

 **Telephone**
1-800-340-0473

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **March 1, 2019** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has an overage of
> **$3,401.70**

## Part 1 - Mortgage payment

### New Payment
**The new total payment will be $2,102.01**

| | Previous payment through 02/01/2019 payment date | New payment beginning with the 03/01/2019 payment |
|---|---|---|
| Principal and/or interest | $1,796.28 | $1,796.28 |
| Escrow payment | $298.60 | $305.73 |
| Total payment amount | $2,094.88 | $2,102.01 |

### No action required
Starting **March 1, 2019** the new contractual payment amount will be **$2,102.01**

See Page 2 for additional details.

**Loan Number:** ▮▮▮▮▮▮▮

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $3,640.50. For the coming year, we expect the amount paid from escrow to be $3,668.82.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 12/16 - 11/17 (Actual) | 04/17 - 03/18 (Actual) | 03/18 - 01/19 (Actual) | 03/19 - 02/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $2,609.38 | $2,669.18 | $2,697.50 | $2,725.82 | ÷ | 12 | = | $227.15 |
| Property insurance | $1,279.00 | $914.00 | $943.00 | $943.00 | ÷ | 12 | = | $78.58 |
| Total taxes and insurance | $3,888.38 | $3,583.18 | $3,640.50 | $3,668.82 | ÷ | 12 | = | $305.73 |
| Total escrow | $3,888.38 | $3,583.18 | $3,640.50 | $3,668.82 |  |  |  | $305.73 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  March, 2019 |  | $3,401.70 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account | – | $0.00 | |
| **Escrow overage** | = | $3,401.70 | |

### Important messages

**Act now - purchase your own insurance policy**
Our records show that the insurance policy was obtained by Wells Fargo. Please understand that this policy only covers the structure and/or improvements, but does not cover liability or any personal property. For this reason, consider purchasing a policy of your choosing - it may lower the costs and give options for more coverage. If you sent us proof of a purchased policy, please disregard this message. If you have questions or are having trouble paying for the insurance policy, call us at the number on the first page of this statement.

Loan Number: ███████

## Part 3 - Escrow account projections

**Escrow account projections from March, 2019 to February, 2020**

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Feb 2019 | | | Starting balance | $4,458.88 | $1,057.18 |
| Mar 2019 | $305.73 | $1,362.91 | SANTA CLARA COUNTY (W) | $3,401.70 | $0.00 |
| Apr 2019 | $305.73 | $0.00 | | $3,707.43 | $305.73 |
| May 2019 | $305.73 | $0.00 | | $4,013.16 | $611.46 |
| Jun 2019 | $305.73 | $0.00 | | $4,318.89 | $917.19 |
| Jul 2019 | $305.73 | $0.00 | | $4,624.62 | $1,222.92 |
| Aug 2019 | $305.73 | $0.00 | | $4,930.35 | $1,528.65 |
| Sep 2019 | $305.73 | $0.00 | | $5,236.08 | $1,834.38 |
| Oct 2019 | $305.73 | $0.00 | | $5,541.81 | $2,140.11 |
| Nov 2019 | $305.73 | $1,362.91 | SANTA CLARA COUNTY (W) | $4,484.63 | $1,082.93 |
| Dec 2019 | $305.73 | $943.00 | AMERICAN SECURITY GROUP | $3,847.36 | $445.66 |
| Jan 2020 | $305.73 | $0.00 | | $4,153.09 | $751.39 |
| Feb 2020 | $305.73 | $0.00 | | $4,458.82 | $1,057.12 |
| Totals | $3,668.76 | $3,668.82 | | | |

## Part 4 - Escrow account history

**Escrow account activity from March, 2018 to February, 2019**

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Mar 2018 | | | | | | | Starting Balance | -$2,634.09 | $1,035.99 | -$3,670.08 |
| Mar 2018 | $0.00 | $298.60 | -$298.60 | $1,334.59 | $1,334.59 | $0.00 | SANTA CLARA COUNTY (W) | -$3,968.68 | $0.00 | -$3,968.68 |
| Apr 2018 | $455.09 | $298.60 | $156.49 | $0.00 | $0.00 | $0.00 | | -$3,513.59 | $298.60 | -$3,812.19 |
| May 2018 | $0.00 | $298.60 | -$298.60 | $0.00 | $0.00 | $0.00 | | -$3,513.59 | $597.20 | -$4,110.79 |
| Jun 2018 | $910.18 | $298.60 | $611.58 | $0.00 | $0.00 | $0.00 | | -$2,603.41 | $895.80 | -$3,499.21 |
| Jul 2018 | $455.09 | $298.60 | $156.49 | $0.00 | $0.00 | $0.00 | | -$2,148.32 | $1,194.40 | -$3,342.72 |
| Aug 2018 | $0.00 | $298.60 | -$298.60 | $0.00 | $0.00 | $0.00 | | -$2,148.32 | $1,493.00 | -$3,641.32 |
| Sep 2018 | $455.09 | $298.60 | $156.49 | $0.00 | $0.00 | $0.00 | | -$1,693.23 | $1,791.60 | -$3,484.83 |
| Oct 2018 | $910.18 | $298.60 | $611.58 | $0.00 | $0.00 | $0.00 | | -$783.05 | $2,090.20 | -$2,873.25 |
| Nov 2018 | $455.09 | $298.60 | $156.49 | $1,362.91 | $1,334.59 | $28.32 | SANTA CLARA COUNTY (W) | -$1,690.87 | $1,054.21 | -$2,745.08 |
| Dec 2018 | $319.05 | $298.60 | $20.45 | $0.00 | $914.00 | -$914.00 | AMERICAN SECURITY GROUP | -$1,371.82 | $438.81 | -$1,810.63 |
| Jan 2019 (estimate) | $6,475.10 | $298.60 | $6,176.50 | $943.00 | $0.00 | $943.00 | AMERICAN SECURITY GROUP | $4,160.28 | $737.41 | $3,422.87 |
| Feb 2019 (estimate) | $298.60 | $298.60 | $0.00 | $0.00 | $0.00 | $0.00 | | $4,458.88 | $1,036.01 | $3,422.87 |
| Totals | $10,733.47 | $3,583.20 | $7,150.27 | $3,640.50 | $3,583.18 | $57.32 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801 4/18

EQUAL HOUSING LENDER

Case: 18-50423    Doc#    Filed: 01/16/19    Entered: 01/16/19 06:46:37    Page 6 of 7